IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

DENISE ROVIRA TORO

xx-xx-4752

Debtor(s)

CASE NO. 18-06086-ESL13

Chapter 13

FILED & ENTERED ON SEP/11/2019

ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the Debtor and Nelson Torres, docket entry #36.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11 day of September, 2019.

Enrique S. Lamoutte
United States Bankruptcy Judge